De Maio Will.

Argued November 21, 1949. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

562

564

John W. Bohlen, with him Philip S. Polis and Mc-Bride, Lipschitz, Woolston, Berger & Bohlen, for appellants.

Howard E. Stern, with him Milton C. Sharp and Taylor & Stern, for appellees.

OPINION PER CURIAM, January 5, 1950:

The decree is affirmed on the able opinion of Judge KLEIN for the learned court below. Costs to be paid by appellant.